## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Dawn M. Lydic fka Dawn M. Randall fka Dawn M. Stroud fka Dawn M. Jackson fka Dawn M. Devereaux fka Dawn M. Bauer<br><div align="center">Debtor</div> | CHAPTER 7<br><br>BKY. NO. 18-10072-TPA |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                      Respectfully submitted,

                                      **/s/ James C. Warmbrodt, Esquire**
                                      James C. Warmbrodt, Esquire
                                      jwarmbrodt@kmllawgroup.com
                                      Attorney I.D. No. 42524
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      Phone: (215)-627-1322
                                      Attorney for Movant/Applicant