**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Dawn M. Lydic**
**fka Dawn M. Stroud, fka Dawn M. Randall, fka Dawn M. Jackson,**
**and others...**
    Debtor(s)

Bankruptcy Case No.: 18−10072−TPA

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    John C. Melaragno, Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: June 13, 2018

<u>Thomas P. Agresti</u>
United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                              Case No. 18-10072-TPA
Dawn M. Lydic                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: admin              Page 1 of 1              Date Rcvd: Jun 13, 2018
                              Form ID: 129             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db             +Dawn M. Lydic,   9440 West Road,   Cranesville, PA 16410-9612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka   Seelinger    on behalf of Debtor Dawn M. Lydic rebeka@seelingerlaw.com
                                                                                             TOTAL: 4